**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-2216 |

LEMONT MABLES, et al.

v.

INDYMAC BANK, F.S.B.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, LEMONT MABLES, LARISSA HENDERSON-MABLES and EARLENE CALVIN

| | |
|---|---|
| NAME (Type or print) | |
| Marvin A. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Marvin A. Miller | |
| FIRM | |
| MILLER LAW LLC | |
| STREET ADDRESS | |
| 115 S. LaSalle Street, Suite 2910 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1916769 | (312) 332-3400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

      I, Marvin A. Miller, an attorney, hereby certifies that on April 18, 2008, service of ***Attorney Appearance Form*** was accomplished pursuant to ECF as to Filing Users and I will comply with LR 5.5 as to Non-ECF Users.

      */s/ Marvin A. Miller*
      Marvin A. Miller