**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEMONT MABLES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 2216 |
| v. ) | |
| ) | Judge George W. Lindberg |
| INDYMAC BANK, F.S.B., ) | |
| ) | |
| Defendant. ) | |

**INDYMAC BANK, F.S.B.'S
FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant, Indymac Bank, F.S.B. ("Indymac"), states as follows:

1. Parent corporations: Indymac Bancorp, Inc. (NYSE: IMB).

2. Publicly held companies owning ten (10) percent or more of Indymac's stock: Indymac Bancorp, Inc. (NYSE: IMB).

Dated: April 21, 2008                    Respectfully submitted,

**INDYMAC BANK, F.S.B.**

By: s/ Richard E. Gottlieb
Richard E. Gottlieb (gottlieb@dykema.com)
Todd Gale (tgale@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 21, 2008**, I electronically filed **Indymac Bank, F.S.B.'s Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to the following:

>Al Hofeld, Jr. (ahofeld@edcombs.com)
>Marvin Alan Miller (mmiller@millerlawllc.com)

s/ Irina V. Frye

CHICAGO\2442529.1
ID\IVF

3