IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEMONT MABLES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 2216 |
| v. ) | |
| ) | Judge George W. Lindberg |
| INDYMAC BANK, F.S.B., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Wednesday, April 30, 2008,** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable George W. Lindberg** or any judge sitting in his stead in **Room 1425** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **Indymac Bank, F.S.B.'s Motion to Transfer**.

Dated: April 21, 2008            Respectfully submitted,

                               **INDYMAC BANK, F.S.B.**

                              By:  s/ Richard E. Gottlieb
                                  Richard E. Gottlieb (gottlieb@dykema.com)
                                  Todd Gale (tgale@dykema.com)
                                  Renee L. Zipprich (rzipprich@dykema.com)
                                  DYKEMA GOSSETT PLLC
                                  10 S. Wacker Drive, Suite 2300
                                  Chicago, Illinois 60606
                                  Phone: 312-876-1700
                                  Fax:    312-627-2302

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on **April 21, 2008**, I electronically filed **Notice of Indymac Bank, F.S.B.'s Motion to Transfer** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> Al Hofeld, Jr. (ahofeld@edcombs.com)
> Marvin Alan Miller (mmiller@millerlawllc.com)

> s/ Irina V. Frye

CHICAGO\2442540.1
ID\IVF