## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2216 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Mables v. Indymac Bank, FSB | | |

**DOCKET ENTRY TEXT**

Indymac Bank, F.S.B.'s motion to transfer [11] is entered and continued.  Response to the motion to transfer due 5/6/08.  Reply due 5/13/08.  In court ruling on 6/10/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|