# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lemont Mables, et al.
                            Plaintiff,

v.                                              Case No.: 1:08–cv–02216
                                                   Honorable George W. Lindberg

IndyMac Bank, F.S.B.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendant's motion to transfer venue to the Central District of California [11] is denied. The status hearing scheduled for 6/11/2008. Status hearing set for 6/25/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.