**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lemont Mables, et al.
                            Plaintiff,

v.                                             Case No.: 1:08–cv–02216
                                                  Honorable George W. Lindberg

IndyMac Bank, F.S.B.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Status hearing held. The briefing schedule on the motion to dismiss is amended to reflect the following briefing schedule. Motion to dismiss to be filed on or before 7/31/2008. Response to the motion to dismiss to be filed onor before 8/14/2008. Reply to be filed on or before 8/21/2008. Ruling set for 9/24/2008 at 9:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.