# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2216 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Lemont Mables, et al. Vs. IndyMac Bank | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear pro hac vice (24 and 25) are granted. Leave of court is given to Andrew S. Friedman and Wendy J. Harrison to appear pro hac vice on behalf of the plaintiffs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|