IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEMONT MABLES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 2216 |
| v. ) | |
| ) | Judge George W. Lindberg |
| INDYMAC BANK, F.S.B., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2008,** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable George W. Lindberg** or any judge sitting in his stead in **Room 1425** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **The Federal Deposit Insurance Corporation's Motion to Substitute and Stay**.

Dated: July 30, 2008            **FEDERAL DEPOSIT INSURANCE**
                                **CORPORATION, as Receiver for INDYMAC**
                                **BANK, F.S.B.**

                    By:   s/ Richard E. Gottlieb
                          Richard E. Gottlieb (rgottlieb@dykema.com)
                          Andrew D. LeMar (alemar@dykema.com)
                          Renee L. Zipprich (rzipprich@dykema.com)
                          DYKEMA GOSSETT PLLC
                          10 South Wacker Drive, Suite 2300
                          Chicago, IL 60606
                          Phone: 312-876-1700
                          Fax:    312-627-2302

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on **July 30, 2008**, I electronically filed **Notice of The Federal Deposit Insurance Corporation's Motion to Substitute and Stay** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> Albert F. Hofeld, Jr. (al@alhofeldlaw.com)
> Marvin A. Miller (mmiller@millerlawllc.com)
> Andrew S Friedman (afriedman@bffb.com)
> Wendy J. Harrison (wharrison@bffb.com)

s/ Irina V. Frye

CHICAGO\2485204.1
ID\IVF