# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2216 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Mables v. Indymac Bank, F.S.B. | | |

**DOCKET ENTRY TEXT**

The Federal Deposit Insurance Corporation's ("FDIC") motion to substitute and stay [31] is granted. The FDIC, as Receiver, is substituted for Indymac as the defendant and real party in interest in this case. This case is also stayed for 90 days, pursuant to 12 U.S.C. § 1821(d)(12). The 9/24/08 status hearing at 9:30 a.m. is stricken and reset to November 5, 2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|

Case 1:08-cv-02216 Document 33 Filed 07/31/2008 Page 1 of 1

08C2216 Mables vs. Indymac Bank, F.S.B. Page 1 of 1